In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-062 CV


____________________



SHELL OIL COMPANY, ET AL., Appellants



V.



PAWEL A. BARAN, ET AL., Appellees






On Appeal from the 128th District Court 


Orange County, Texas


Trial Cause Nos. A-070085-C; AC; BC; CC; DC; EC 






MEMORANDUM OPINION


 El Paso Corporation, El Paso CGP Company and El Paso Merchant Energy-Petroleum
Company filed a motion to dismiss their appeal. El Paso Corporation, El Paso CGP
Company and El Paso Merchant Energy-Petroleum Company are three of many appellants
in this accelerated appeal from a series of orders denying motions to transfer venue. The
motion is voluntarily made by these appellants prior to any decision of this Court and should
be granted. Tex. R. App. P. 42.1(a)(1). Other parties also filed notices of appeal. No party
filed an objection to the motion to dismiss filed by El Paso Corporation, El Paso CGP
Company and El Paso Merchant Energy-Petroleum Company. The motion to dismiss is
granted and the appeal of El Paso Corporation, El Paso CGP Company and El Paso Merchant
Energy-Petroleum Company is dismissed. The appeal shall continue as to all other parties
that timely filed notices of appeal.

 APPEAL DISMISSED.



 PER CURIAM



Opinion Delivered April 3, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.